DISBURSEMENT AUTHORIZATION
(MEMORANDUM)

TO: LG CAPITAL FUNDING, LLC

FROM: B GREEN INNOVATIONS, INC.

DATE: January 13, 2015

RE: Disbursement of Funds

In connection with the funding of an aggregate of $78,750 pursuant to that certain Convertible Redeemable Note dated as of January 13, 2015 (the "Agreement"), you are hereby directed to disburse such funds as follows:

1. $3,750.00 to New Venture Attorneys, P.C. in accordance with the wire transfer instructions attached as Schedule A hereto;

2. $7,500.00 to Carter Terry & Co. in accordance with the wire transfer instructions attached as Schedule B, hereto;

3. $67,500.00 to B Green Innovations, Inc., in accordance with the wire transfer instructions attached as Schedule C hereto;

_____
Title: FOUNDER

Company Initials

# EXHIBIT A
# NEW VENTURE ATTORNEYS
# WIRING INFORMATION

Please wire funds to:

Bank of America

Routing No: ▮▮▮▮▮
Acct No.: ▮▮▮▮▮

Beneficiary:   New Venture Attorneys, PC, IOLTA account

Attorney info:  New Venture Attorneys, P.C.
                101 Church Street, Suite #22
                Los Gatos, CA 95030

_____
Company Initials

**EXHIBIT B**
**CARTER, TERRY & COMPANY, INC. WIRING INFO**

US BANK
800 Nicollet Ave
Minneapolis, MN 55402

ABA# █████████
Account Title: RBC Capital Markets
Account #: █████████
F/C/C Acct name:  Carter Terry & CO Inc.
Account # █████████

Carter, Terry & Company, Inc.
3060 Peachtree Rd, NW Suite 1400
Atlanta, GA 30305

———
Company Initials

## EXHIBIT C
### [WIRING INFO FOR ISSUER]

See Below for wire instructions.

Bank of America's SWIFT Code number is **BOFAUS3N**

Bank of America
Main Street
Matawan, NJ 07747
732-566-1200

Beneficiary
B Green Innovations, Inc.
750 Highway 34
Matawan, NJ 07747
732-696-9333



_____
Company Initials