## EXHIBIT A

### NOTICE OF CONVERSION

The undersigned hereby elects to convert $ 3,750 principal amount and $ 149.59 interest of the Note (defined below) into that number of shares of Common Stock to be issued pursuant to the conversion of the Note ("Common Stock") as set forth below, of B Green Innovations, Inc. . (the "Borrower") according to the conditions of the convertible note of the Borrower dated 1/13/2015 (the "Note"), as of the date written below. No fee will be charged to the Holder for any conversion, except for transfer taxes, if any.

[ x ]  The undersigned hereby requests that the Borrower issue a certificate or certificates for the number of shares of Common Stock set forth below (which numbers are based on the Holder's calculation attached hereto) in the name(s) specified immediately below or, if additional space is necessary, on an attachment hereto:

LG Capital Funding LLC
Attn: Joseph Lerman     - Managing member
1218 Union St. Suite #2
Brooklyn NY 11225
Office 718-506-9240
Fax 718-732-4512
LG Capital EIN: [redacted]

Please Fedex the Shares to:

Chaim Englander
JH Darbie
40 Wall Street, 30th Floor
New York, NY 10005

Date of Conversion: 7/16/2015

Applicable Conversion Price: .0009

Number of Shares to be Issued Pursuant to Conversion of the Note: 4,332,877

Amount of Principal Balance Due Remaining on the Note: 75,000

LG CAPITAL FUNDING, LLC.
By: [signature]
Name: Gabe Sayegh
Title: Vice President
Date: 7/16/2015