USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LG CAPITAL FUNDING, LLC

                        Plaintiff,

v.

024 PHARMA, INC. f/k/a B GREEN INNOVATIONS, INC.

                        Defendant.

**Civil Action No.: 18-cv-6406(GHW)**

<u>Consent Decree and Order</u>

     Plaintiff, LG Capital Funding, Inc. ("Plaintiff" or "LG") commenced this civil action against 024 Pharma, Inc. f/k/a B Green Innovations, Inc. ("Defendant" or "BGNN"), alleging multiple breaches of a securities purchase agreement (the "SPA") and convertible redeemable note (the "Note").

     Whereas, Plaintiff alleges that by failing to deliver shares pursuant to the terms of the SPA and Note, and alternatively, by failing to repay the Note's principal and accrued, Defendant has breached both agreements and caused Plaintiff to incur significant damages.

     Whereas, Plaintiff further alleges that it is entitled to costs and attorneys' fees incurred in bringing this civil action.

     Whereas, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(2), as it is an action between citizens of different states and the amount in controversy exceeds $75,000.00.

     Whereas, service has been made upon Defendant.

     Whereas, Plaintiff and Defendant desire to avoid further litigation and have reached an agreement memorialized by this Consent Decree. The parties waive any specific findings of fact, other than those facts stated above, and Defendant admits liability to LG for the

amount herein. This Consent Decree constitutes a final judgment binding on all parties to this action.

THEREFORE, it is ORDERED, ADJUDGED and DECREED:

1. That judgment shall be entered as against 024 Pharma, Inc. f/k/a B Green Innovations, Inc. in the amount of $165,000.00, representing LG Capital Funding, LLC's damages, costs, and attorneys' fees; and,

2. That the Securities Purchase Agreement and Note shall be cancelled.

LG Capital Funding, LLC

By: *(signature)*
Name: Joseph Lerman
Title: Managing Member

By: Kevin Kehrli
Counsel for LG Capital Funding, LLC

024 Pharma, Inc. f/k/a B Green Innovations, Inc.

By: *(signature)*
Name: Daniel Sobolewski
Title: CEO

By: Martin Skell
Counsel for 024 Pharma, Inc. f/k/a Green Innovations, Inc.

The parties have stipulated to a consent judgment in the amount of $165,000.00.

Accordingly, the Clerk of Court is directed to enter judgment in favor of plaintiff LG Capital Funding, LLC and against defendant 024 Pharma, Inc. in the amount of $165,000.000. The Clerk of Court is further directed to terminate all pending motions, dates, and deadlines in this case, including the bench trial scheduled for July 31, 2019, and to close this case.

SO ORDERED.

Dated: July 29, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2